UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIA CHANNEL,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIS SHULKIN, et al.,<br><br>    Defendants. | No. 2:18-cv-02414 MCE AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff previously requested, and was granted, authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). ECF Nos. 2, 6.

I. SCREENING

The federal IFP statute requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Plaintiff's initial complaint was dismissed with leave to amend. ECF No. 6. Plaintiff filed a First Amended Complaint, naming as defendants Robert Wilkie, David Stockwell, and Maria Almes. ECF No. 7. The court finds, for screening purposes only, that plaintiff's claims in her First Amended Complaint are sufficiently cognizable. This ruling is made without prejudice to any

1

motion challenging the sufficiency of the pleading.

## II. CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:
    - Robert Wilke, Secretary, Department of Veterans Affairs
    - David Stockwell, Director, Department of Veterans Affairs of Northern California Health Care System
    - Maria Almes, Supervisor, Voluntary Service Department, Veteran Affairs of Northern California Health Care System

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

3. The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 3, above, at least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

    d. One copy of the instant order; and

    e. An appropriate form for consent to trial by a magistrate judge.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

DATED: October 25, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIA CHANNEL,<br><br>    Plaintiff,<br><br> v.<br><br>DAVID J. SHULKIN, et al.,<br><br>    Defendants. | No. 2:18-cv-02414 MCE AC (PS)<br><br><br>NOTICE OF SUBMISSION |

  Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with the court's order filed _____:

  \_\_\_\_ completed summons form

  \_\_\_\_ completed USM-285 form

  \_\_\_\_ copy of the complaint

  \_\_\_\_ completed form to consent or decline to consent to magistrate judge jurisdiction

_____  _____
Date                    Plaintiff's Signature