| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Attorneys for Defendant Robert Wilkie,<br>Secretary of the Department of Veterans Affairs, and<br>Defendants Stockwell and Almes, in their official capacities |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TASHIA CHANNEL, | CASE NO. 2:18-CV-02414 MCE AC (PS) |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR 30 DAY CONTINUANCE OF DEADLINE TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED ORDER]** |
| ROBERT WILKE, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, DAVID STOCKWELL, DIRECTOR, DEPARTMENT OF VETERANS AFFAIRS OF NORTHERN CALIFORNIA HEALTH CARE SYSTEM, AND MARIA ALMES, SUPERVISOR, VOLUNTARY SERVICES DEPARTMENT, VETERANS AFFAIRS OF NORTHERN CALIFORNIA HEALTH CARE SYSTEM | |
| Defendants. | |

The United States herein seeks an additional thirty (30) days–until February 28, 2019–to file responsive pleadings to Plaintiff's First Amended Complaint (ECF 7) given the current lapse in appropriations and partial government shutdown.

At the end of the day on December 21, 2018, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored. Absent an appropriation, Department of Justice attorneys assigned to this matter are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of

REQUEST FOR 30 DAY CONTINUANCE OF RESPONSIVE PLEADING DEADLINE TO
PLAINTIFF'S FIRST AMENDED COMPLAINT

property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases, including this one.

On October 22, 2018, Plaintiff filed the First Amended Complaint in this case after her original Complaint was screened and dismissed. (ECF 6). Service was subsequently effected on the United States Attorney on November 28, 2018, and on the other Defendants via certified mail by the end of that month. (ECF 13-15). On December 14, 2018, the United States filed a status report confirming responsive pleadings were due for the served parties on or before January 28, 2019. (ECF 16). One week later, appropriations lapsed and the undersigned was furloughed and is not authorized to work on this matter during the lapse in appropriations. Accordingly, the United States requests a thirty day extension of time for Defendants[1] to respond to Plaintiff's First Amended Complaint, including on or before February 28, 2019. If the lapse in appropriations continues for an extended time, the United States may need to seek additional time. This initial request should not affect the currently scheduled May 8, 2019 Pretrial Scheduling Conference. (ECF 10, 2:14).

Prior to filing this request, the United States met and conferred with *pro se* Plaintiff and requested an extension within the 28-day limit the parties can agree to without obtaining a court order. Although Plaintiff initially said she was agreeable to an extension, she subsequently put conditions on it and never provided written confirmation of approval for the stipulation. Accordingly, the United States is seeking Court approval for an extension of time for served Defendants to respond to the First Amended Complaint up to and including February 28, 2019.

Dated: January 14, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney

Attorneys for Defendant Robert Wilkie, Secretary of the Department of Veterans Affairs, and Defendants Stockwell and Almes, in their official capacities

---

[1] We represent the Secretary of the Department of Veterans Affairs and the named Defendants in their official capacity, which is the only manner they were served in. (ECF 8, 14, 15). Fed. R. Civ. Proc. 4(e).

REQUEST FOR 30 DAY CONTINUANCE OF RESPONSIVE PLEADING DEADLINE TO
PLAINTIFF'S FIRST AMENDED COMPLAINT

**[~~PROPOSED~~] ORDER**

Given the lapse in appropriations and partial shutdown of the government, the United States' request for an additional thirty days for served Defendants to file responsive pleadings to Plaintiff's First Amended Complaint is hereby granted. Defendants Robert Wilkie, Secretary of the Department of Veterans Affairs, and Defendants Stockwell and Almes, in their official capacities, shall have up to and including February 28, 2019, to respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED: January 15, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

REQUEST FOR 30 DAY CONTINUANCE OF RESPONSIVE PLEADING DEADLINE TO PLAINTIFF'S FIRST AMENDED COMPLAINT