UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIA CHANNEL, | No. 2:18-cv-02414 MCE AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| ROBERT WILKE, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this action. Accordingly, the matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 4, 2019, the Magistrate Judge filed Findings and Recommendations ("F&Rs") herein which were served on all parties and which contained notice to all parties that any objections to the F&Rs were to be filed within twenty-one days. ECF No. 25. Neither party has filed objections to the F&Rs.

The Court has reviewed the file and finds the F&Rs to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///
///
///
///

1. The F&Rs filed April 4, 2019 (ECF No. 25), are ADOPTED in full;

2. Defendants' Motion to Dismiss (ECF No. 19) is GRANTED;

3. Plaintiff's FMLA and ADA claims are DISMISSED with prejudice;

4. Plaintiff is granted leave to leave to amend the remaining claims, including any Rehabilitation Act claim. A second amended complaint must not include any FMLA or ADA claims, must not reference any prior pleadings, and must present numbered causes of action with factual support for each independent cause of action; and

5. Plaintiff shall have 30 days from the date of this order to file any second amended complaint. If Plaintiff fails to timely comply with this Order, the action may be dismissed.

IT IS SO ORDERED.

Dated: June 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE