1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TASHIA CHANNEL                          No.  2:18-cv-02414 MCE AC (PS)

12            Plaintiff,

13       v.                                 ORDER

14  ROBERT WILKIE, Secretary of the
    Department of Veterans Affairs, et al.,[1]
15
              Defendants.
16

17

18          Plaintiff is proceeding in this matter pro se and in forma pauperis, and pre-trial

19  proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  On

20  screening, plaintiff's original complaint was dismissed with leave to amend.  ECF No. 6.  Plaintiff

21  then supplied a First Amended Complaint ("FAC"), which the undersigned found stated

22  cognizable claims for purposes of screening, and service was ordered on the three named

23  defendants.  ECF Nos. 7-9.  Defendants were served and subsequently moved to dismiss the FAC.

24  ECF Nos. 13-15, 19.  On April 4, 2019, the undersigned recommended that the motion be

25  ////

26

27  [1] Defendant's last name is misspelled as "Wilke" on the Third Amended Complaint and on the
    previous complaints.  The Clerk of Court is directed to correct the docket to reflect defendant's
28  name as "Robert Wilkie."

                                            1

granted, with leave for plaintiff to file a Second Amended Complaint within 30 days of the District Judge's order adopting the findings and recommendations.  ECF No. 25 at 8-9.

On May 2, 2019, before the undersigned's findings and recommendations had been adopted, plaintiff filed a Second Amended Complaint.  ECF No. 26.  On June 12, 2019, the District Judge issued an order adopting the findings and recommendations in full, granting plaintiff leave to file an amended complaint within 30 days.  ECF No. 31.  On July 8, 2019, plaintiff filed a Third Amended Complaint (titled "Second Amended Complaint").  ECF No. 32.

Because the Third Amended Complaint was filed within the time allowed by the District Judge's order, the July 8, 2019 Third Amended Complaint is now the operative complaint in this action.  Defendants must respond to this complaint within the time provided in Fed. R. Civ. P. 12(a)(1).

IT IS SO ORDERED.

DATED:  July 9, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE