UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIA CHANNEL<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WILKIE, Secretary of the Department of Veterans Affairs, et al.,<br><br>Defendants. | No. 2:18-cv-02414 MCE AC (PS)<br><br><br><br>ORDER |

This order is issued to clarify the deadline for defendants to respond to plaintiff's Third Amended Complaint. On July 10, 2019, the undersigned issued an order directing defendants to respond within the time provided in Federal Rule of Civil Procedure 12(a)(1). ECF No. 34. This citation was in error. Rule 12(a)(2) applies, because all three defendants in this action are officers or employees of the United States Department of Veterans Affairs.

Pursuant to Rule 12(a)(2), defendants' response is not due until September 6, 2019, and the Clerk of Court correctly declined to enter default against them following plaintiff's August 2, 2019 request. See ECF Nos. 35, 37, 38.

////

////

////

1

Defendants are advised that the court does not intend to re-screen the Third Amended Complaint and will await defendants' responsive pleading on or before September 6, 2019.

IT IS SO ORDERED.

DATED: August 22, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE