UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIA CHANNEL,<br><br>                 Plaintiff,<br><br>       v.<br><br>ROBERT WILKIE,<br><br>                 Defendant. | No. 2:18-cv-2414 MCE AC (PS)<br><br><br>ORDER |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 7, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 64. Plaintiff has filed objections to the findings and recommendations. ECF No. 65. Defendant has filed a reply to the objections, and Plaintiff subsequently filed a response. ECF Nos. 66, 67.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 7, 2020, ECF No. 64, are ADOPTED in full;

1      2. The motion to dismiss, ECF No. 59, is GRANTED without further leave to amend; and

2      3. The Clerk of the Court is directed to close the case.

3      IT IS SO ORDERED.

4  Dated:  May 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE